688 A.2d 1184

**Anthony J. BARNATOVICH and Josephine Barnatovich, His wife**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION; Hunt Engineers, Inc.; George E. Logue, Inc.; Cherry Township, Sullivan County, PA; Dale Fitzgerald, William Charnitski and Pat Tabor.**

**Petition of COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION.**

**Cross Petitioner: Cherry Township, Dale Fitzgerald, William Charnitski and Pat Tabor.**

Supreme Court of Pennsylvania.

Feb. 24, 1997.

William J. Cressler, Andrew S. Gordon, Paul A. Tufano, Harrisburg, Jane M. Shields, Exton, for Petitioners.

## ORDER

PER CURIAM.

AND NOW, this 24th day of February, 1997, the petition for allowance of appeal and the cross petition for allowance of appeal are *GRANTED, BUT LIMITED* to the issue of whether an order dismissing an action for lack of jurisdiction precludes a subsequent action on the same facts in the same court.